UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                         Case No. **25-mj-30567**
                                         Originating No. 25CR00154

**DARNELL MARICE MCCARVER**

       Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DARNELL MARICE MCCARVER** to answer charges pending in another federal district, and states:

    1.  On **September 10, 2025**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Southern District of West Virginia based on an Indictment**.  **The defendant is charged in that district with violating 21 USC Sections 846 and 841(a)(1)(A) – conspiracy to distribute methamphetamine and fentanyl and aiding and abetting in the distribution of 50 grams or more of methamphetamine mix.**

    2.  Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is

entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


*s/ Philip Ross*
PHILIP ROSS
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: September 10, 2025